# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAWRENCE LINDSEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-0550 (RLW) |
| | ) | |
| | ) | |
| U.S. PAROLE COMMISSION *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION[1]

On April 26, 2013, Lawrence Lindsey petitioned this Court for a writ of habeas corpus

while confined at the District of Columbia Jail on a parole violator warrant issued by the United

States Parole Commission on January 9, 2013. *See* Pet'r's Request for Relief Under Habeas

Corpus [Dkt. # 1] at 1. In the petition, Mr. Lindsey claims that he has not received a probable

cause hearing and, thus, should be "released back into the community." *Id*. at 1-2. In response

to the Court's show cause order, the Commission contends that the petition should be summarily

denied because, among other reasons, petitioner was convicted in Alexandria, Virginia, of a

crime committed while on supervised release and, thus, is not entitled to a probable cause

---

[1] This unpublished memorandum opinion is intended solely to inform the parties and any reviewing court of the basis for the instant ruling, or alternatively, to assist in any potential future analysis of the res judicata, law of the case, or preclusive effect of the ruling. The Court has designated this opinion as "not intended for publication," but this Court cannot prevent or prohibit the publication of this opinion in the various and sundry electronic and legal databases (as it is a public document), and this Court cannot prevent or prohibit the citation of this opinion by counsel. *Cf*. Fed. R. App. P. 32.1. Nonetheless, as stated in the operational handbook adopted by our Court of Appeals, "counsel are reminded that the Court's decision to issue an unpublished disposition means that the Court sees no precedential value in that disposition." D.C. Circuit Handbook of Practice and Internal Procedures 43 (2011).

hearing.  United States Parole Comm's Opp'n to Pet'r's Pet. for a Writ of Habeas Corpus [Dkt. # 8] at 5.

On June 26, 2013, the Court advised petitioner about the potential consequence of dismissal if he failed to reply to the United States' opposition by July 29, 2013.  Order [Dkt. # 9]. The Court informed petitioner that "[t]he allegations of . . . an answer to an order to show cause in a habeas corpus proceeding, if not traversed, shall be accepted as true except to the extent that the judge finds from the evidence that they are not true."  28 U.S.C. § 2248.  Petitioner has neither replied to the Commission's opposition nor sought additional time to do so, and the Court accepts as true the Commission's documented reasons for denying the writ.  Hence, the petition will be denied and this case will be dismissed.  A separate Order accompanies this Memorandum Opinion.

_____
ROBERT L. WILKINS
United States District Judge

Date:  August 20, 2013